UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**REID POSTLE, individually and on behalf of classes of similarly situated individuals,**

    **Plaintiff,**

v.

**FORTEGRA FINANCIAL CORPORATION, and ENSURETY VENTURES, LLC d/b/a Omega Auto Care,**

    **Defendants.**
_____/

Case No. 3:17-cv-889-J-39JRK

## ORDER OF DISMISSAL

This matter is before the Court on the Notice and Stipulation of Dismissal with Prejudice (Doc. No. 27; Stipulation) filed on November 13, 2017. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 15th day of November, 2017.

_____
BRIAN J. DAVIS
United States District Judge

<mark/>
<sub/>
<sup/>

- 2 -

**Copies to:**

Counsel of Record

*ap*